# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-137-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| DEREK JOSEPH VELARDE, | |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 35). For good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 11th day of June, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge